# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2014

147554

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

CRAWLEY DAVID McFADDEN, a/k/a
CRAWLER DAVID McFADDEN,
          Plaintiff-Appellant,

v

TITAN INSURANCE COMPANY,
          Defendant-Appellee.

SC:  147554
COA:  316012
Wayne CC:  12-012012-NO

_____/

On order of the Court, the application for leave to appeal the June 14, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

As plaintiff McFadden has repeatedly abused the court system with frivolous and vexatious filings, we DIRECT the Clerks of this Court, the Court of Appeals, and the Wayne Circuit Court not to accept any further filings from him in non-criminal matters unless Mr. McFadden has paid all necessary fees, sanctions assessed by the circuit court, and submitted his filings in full compliance with the court rules.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2014



Clerk

p0128